# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **AARON LEE CONNER** | **CIVIL ACTION NO. 20-0309** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and, finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Aaron Lee Conner's Petition [Doc. No. 5] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 1st day of July, 2020.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT